UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Monclova Christian Academy, *et al.*,             Case No. 3:20-cv-2720

      Plaintiff,

v.                                                JUDGMENT ENTRY

Toledo – Lucas County
Health Department,

      Defendant.

For the reasons stated in my order filed contemporaneously, and in my December 14, 2020 Memorandum Opinion and Order, (Doc. No. 9), I deny the motion for a preliminary injunction filed by Plaintiffs Monclova Christian Academy, St. John's Jesuit High School & Academy, Emmanuel Christian School, and Citizens for Community Values, doing business as the Ohio Christian Education Network. (Doc. Nos. 2 and 10).

So Ordered.

                                              s/ Jeffrey J. Helmick
                                              United States District Judge